*EVERITT *v.* HUFFMAN AND OTHERS. [*648]

Where only part of the money secured by a mortgage is due, and the bill is taken as confessed, the reference to ascertain whether the premises can be sold in parcels is a common order.

J. BLOORE, for the complainant, presented a petition December 5th. stating that only a portion of the money secured by the mortgage in this cause was due, and that the mortgaged premises were so situated that a part thereof could not be sold without injury to the interest of all concerned.

THE CHANCELLOR decided that under the provisions of the Revised Statutes, (2 R. S. 192, sect. 161, 162, 163,) if the bill is taken as confessed in such a case, or the complainant is otherwise entitled to a reference of course, under the 134th rule, he may have a clause inserted in the common order of reference, of course, directing the master to ascertain and report the situation of the mortgaged premises, and whether the same can be sold in parcels without injury to the interests of the parties.